**COSTELLO & MAINS, LLC**
By: Deborah L. Mains
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

| | | |
|---|---|---|
| JENNIFER GROSSMAN, | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |  |
|  | : | CIVIL ACTION |
| vs. | : |  |
|  | : |  |
| BIG GEE ENTERPRISES, LLC; PAT POWERS; BERNADETTE POWERS; and JOHN DOES 1-5 AND 6-10, | : | DOCKET NO: 1:17-cv-06642-RMB-AMD |
|  | : | **STIPULATION OF DISMISSAL WITH** |
| Defendant(s). | : | **PREJUDICE** |

   **IT IS HEREBY STIPULATED** by and between the parties to the above-captioned action that all claims are hereby dismissed with prejudice and without fees and costs to either side.

| | |
|---|---|
| **COSTELLO & MAINS, LLC** | **DILWORTH PAXSON LLP** |
| By: */s/ Deborah L. Mains* | By: */s/ Katharine Hartman* |
|   Deborah L. Mains |   Katharine Hartman |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: March 23, 2018 | Dated: March 23, 2018 |